Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorney for Plaintiff,
KAREN MCCRACKEN

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KAREN MCCRACKEN, | Case No.: CV09-06331 SJO (RCx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ASSET ACCEPTANCE LLC, | |
| Defendant. | |

Plaintiff, KAREN MCCRACKEN, though her attorneys, informs this Honorable Court that Plaintiff has settled her case with ASSET ACCEPTANCE LLC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Respectfully Submitted,

DATED: October 7, 2009                    KROHN & MOSS, LTD.

                                By: /s/ Michael S. Agruss

                                    Michael S. Agruss
                                    Attorney for Plaintiff,
                                    KAREN MCCRACKEN