1  DAVID J. KAMINSKI (State Bar No. 128509)
   kaminskd@cmtlaw.com
2  ROBERT D. BERGLUND (State Bar No. 234081)
   berglunr@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ASSET ACCEPTANCE, LLC
7

8              UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

11 KAREN MCCRACKEN,                )   CASE NO. 09-cv-06331-SJO-(RCx)
                                   )
12              Plaintiff,         )
                                   )   **STIPULATION RE DISMISSAL
13     v.                          )   WITH PREJUDICE OF ENTIRE
                                   )   ACTION AND ALL PARTIES**
14                                 )
   ASSET ACCEPTANCE, LLC,          )
15                                 )
                Defendant.         )
16                                 )
17                                 )
18                                 )
19                                 )
20                                 )

21     **IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff KAREN
22 MCCRACKEN and Defendant ASSET ACCEPTANCE, LLC and through their
23 respective counsel of record, that Plaintiff shall dismiss, with prejudice the
24 above-entitled lawsuit in its entirety, as to all parties named therein, pursuant to
25 / / /
26 / / /
27 / / /
28 / / /
   / / /

06044.00/158925

**1**

STIPULATION RE DISMISSAL

1. FRCP 41(a)(1).  Each party shall bear its own costs and expenses.

2.

3. DATED: November 5, 2009          KROHN & MOSS LTD

4.

5.                                  By: /s/ Michael S. Agruss
                                        Michael S. Agruss
6.                                      Attorneys for Plaintiff,
                                        KAREN MCCRACKEN
7.

8.

9. DATED: November 5, 2009          CARLSON & MESSER LLP

10.

11.                                 By: /s/ Robert D. Berglund
                                        Robert D. Berglund
12.                                     Attorneys for Defendant,
                                        ASSET ACCEPTANCE, LLC
13.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06044.00/158925

**2**

STIPULATION RE DISMISSAL